IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Connelly, Judy M           Case Number:  06 B 12944
                                       Judge:  Wedoff, Eugene R
Printed: 10/2/07                       Filed:  10/11/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: August 16, 2007
Confirmed:  November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,221.51 |  |
| Secured: |  | 1,075.96 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,988.16 |
| Trustee Fee: |  | 157.39 |
| Other Funds: |  | 0.00 |
| Totals: | 3,221.51 | 3,221.51 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Martin J O'Hearn | Administrative | 3,000.00 | 1,988.16 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 1,075.96 | 1,075.96 |
| 4. | Saxon Mortgage Services Inc | Secured | 38,666.90 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 1,212.61 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 661.57 | 0.00 |
| 7. | City Of Chicago | Unsecured | 100.43 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Priority |  | No Claim Filed |
| 9. | Allied Interstate | Unsecured |  | No Claim Filed |
| 10. | SBC | Unsecured |  | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 13. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 44,717.47 | $ 3,064.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 132.59 |
| 5.4% | 24.80 |
|  | _____ |
|  | $ 157.39 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Connelly, Judy M

Printed: 10/2/07

Case Number: 06 B 12944
Judge: Wedoff, Eugene R
Filed: 10/11/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*